UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
       :
UNITED STATES OF AMERICA,       :
       :
    -v-       :    20-CR-378-3 (LJL)
       :
ADEDAYO ILORI,       :    ORDER
       :
    Defendant.       :
       :
---------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      The motion of defendant Adedayo Ilori to suppress any and all statements that he made to law enforcement on or about March 4, 2020, after he invoked his right to counsel is GRANTED. The Government shall not be permitted to offer any such statements in its case-in-chief. The Court does not understand defendant to have moved to preclude the Government from using the statements to impeach or in rebuttal should defendant testify at trial and, accordingly, the Court reserves judgment on that issue until the issue becomes ripe at trial. The Court will use the November 13, 2020, hearing to address the status of the case and to set a date for trial. The clerk of court is respectfully requested to close the motion appearing at Dkt. No. 38.

    SO ORDERED.

Dated: November 5, 2020                            _____
       New York, New York                           LEWIS J. LIMAN
                                                                United States District Judge