```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
UNITED STATES OF AMERICA             :
                                     :   20 CR 378 - 3
     -against-                       :
                                     :   ORDER
Adedayo Ilori                        :
                                     :
         Defendant                   :
                                     :
-------------------------------------X
```

Lewis J. Liman, United States District Judge:

ORDERED that the defendant's location monitoring bracelet may be temporarily removed, under the direction of Pretrial Services, for an MRI appointment on November 12th, 2020 and put back in place after the appointment.

Dated: New York, New York
       November  6 , 2020

SO ORDERED

_____
Lewis J. Liman
United States District Judge