UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
UNITED STATES OF AMERICA, :
:
   -v- :
: 20-cr-378-3 (LJL)
ADEDAYO ILORI, :
: ORDER
Defendant. :
:
------------------------------------------------------------------- :
:
X

LEWIS J. LIMAN, United States District Judge:

    It is hereby:

    ORDERED that counsel for all parties appear for a Bail Revocation Hearing on **October 8, 2021**, at **4:00** p.m. in Courtroom 15C of the U.S. District Court for the Southern District of New York, 500 Pearl Street, New York, New York. Pretrial Services may appear by telephone by dialing into the Court's teleconference number at 888-251-2909, Access Code 2123101.

    SO ORDERED.

Dated: October 8, 2021
       New York, New York
                                           LEWIS J. LIMAN
                                      United States District Judge