# Simpson Thacher & Bartlett LLP

425 LEXINGTON AVENUE
NEW YORK, NY 10017-3954

---

TELEPHONE: +1-212-455-2000
FACSIMILE: +1-212-455-2502

Direct Dial
+1-212-455-3070

E-Mail Address
brooke.cucinella@stblaw.com

BY ECF

November 2, 2021

The Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl St.
New York, NY, 10007

> **REQUEST GRANTED.**
> The Sentencing hearing previously set for November 8, 2021 is rescheduled to December 9, 2021 at 3:00PM in Courtroom 15C at the 500 Pearl Street Courthouse. The Government is ordered to report by November 15, 2021, whether it has produced all discovery material and the defendant is ordered to report by the same date whether it has retained a mental health expert.
>
> 11/2/2021  SO ORDERED.
> LEWIS J. LIMAN
> United States District Judge

Re:   *United States v. Ilori,* No. 20-cr-378 (S.D.N.Y.)

Dear Judge Liman:

      I represent defendant Adedayo Ilori in the above-captioned action. As the Court is aware, Mr. Ilori's sentencing is currently scheduled for November 8 at 11 am. We have been proactively involved in discussions with the Government relating to Mr. Ilori's most recent arrest, and respectfully request—with the Government's consent—an adjournment of at least 30 days. This adjournment will provide time for us to sufficiently prepare for the sentencing and draft a supplemental sentencing letter, if needed. Among other things, I intend to have a mental health professional evaluate Mr. Ilori ahead of the sentencing hearing to provide more context for Mr. Ilori's history and characteristics set forth in our September 29, 2021 sentencing memorandum. An adjournment will allow us to coordinate such an evaluation, which presents logistical hurdles because Mr. Ilori is currently incarcerated. In addition, the parties are in ongoing conversations about the Government's production of certain discovery to Mr. Ilori and myself, which I have not yet received and will need adequate time to review before the hearing. We will keep the Court updated on our progress.

Respectfully submitted,

/s/ Brooke Cucinella

Brooke Cucinella

cc:   Counsel of record (via ECF)