UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
UNITED STATES OF AMERICA,                                         :
                                                                  :
        -v-                                                       :     20-CR-378-3 (LJL)
                                                                  :
ADEDAYO ILORI,                                                    :     <u>ORDER</u>
                                                                  :
                Defendant.                                        :
                                                                  :
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      Sentencing in this case is scheduled for March 3, 2022.  The defendant has made a number of objections to the findings in the Presentence Report.  Although many of those findings may not be relevant to sentencing, some may be and the Court may rely upon them.  The Court is prepared to make findings based upon the transcripts of the recorded conversations and to proceed directly to sentencing.  It is hereby ordered that the Government provide the Court with the relevant transcripts by 6:00 p.m. on February 28, 2022.  The transcripts may be emailed to the Chambers email address, with a copy to defense counsel.  It is further ordered that by 5:00 p.m. counsel for the Government and for the defendant shall each inform the Court by letter to be filed on ECF whether counsel requests a further Fatico hearing (and if so whether it will involve witnesses) and whether there is any objection to the Court proceeding directly to sentencing following the making of factual findings.

      SO ORDERED.

Dated: February 28, 2022
      New York, New York
                                                          LEWIS J. LIMAN
                                       United States District Judge