UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
UNITED STATES OF AMERICA, :
:
    -v-                                               :         20-CR-378-3 (LJL)
:
ADEDAYO ILORI, :             ORDER
:
                        Defendant. :
---------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      The Second Circuit has remanded this case for the limited purpose of striking the drug-testing condition from the judgment. The Court erred in orally pronouncing the drug-testing condition when Probation recommended that such condition be suspended. The Court had intended to suspend the drug-testing condition, in accordance with Probation's recommendation. The Court is prepared to so state in a further written order or in open court should any party so desire or believe it is required. The parties are to inform the Court no later than two weeks from the date of this Order how they believe that the Court should proceed.

      SO ORDERED.

Dated: August 11, 2023
       New York, New York
                                                                         LEWIS J. LIMAN
                                                                  United States District Judge