

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 31, 2023

**BY ECF**

The Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

<span style="color:blue">REQUEST GRANTED.
The Court orders that the defendant be produced to magistrate court
for the appointment of new CJA counsel as proposed.  In addition,
the Court adjourns the parties deadline to respond to its August 11th
order to September 19, 2023.</span>

<span style="color:blue">9/1/2023</span>  SO ORDERED.

LEWIS J. LIMAN
United States District Judge

    **Re:**    *United States v. Adedayo Ilori*, 20 Cr. 378 (LJL)

Dear Judge Liman:

        The Government writes in response to the Court's order dated August 11, 2023, in which the Court ordered the parties to address whether the parties believed the Court should by written order or in open court suspend the drug-testing condition that the Court had accidentally imposed orally at sentencing and intentionally excluded from the written judgment. Brooke Cucinella, counsel who had previously represented the defendant in the District Court, has changed employment and to the Government's knowledge no longer represents the defendant and is no longer a member of the CJA panel. The Government has conferred with appellate counsel, Elizabeth Johnson, who has conferred with the defendant regarding the Court's order. The parties respectfully request that the Court order that the defendant be produced to magistrate court for the appointment of new CJA counsel for District Court proceedings so that counsel may advise the defendant regarding the Court's order and regarding a possible motion for resentencing. In addition, the Government respectfully requests that the Court adjourn the parties' September 5th deadline to respond to its August 11th order for an additional two weeks.

                                  Respectfully submitted,

                                  DAMIAN WILLIAMS
                                  United States Attorney

            By:    /s/_____
                  Cecilia Vogel
                  Assistant United States Attorney
                  (212) 637-1084

Cc:    Elizabeth Johnson, Esq. (via email)