

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 19, 2023

**BY ECF**

The Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

REQUEST GRANTED.
The Court adjourns the deadline for the parties to respond to October 6, 2023.

9/20/2023   SO ORDERED.

LEWIS J. LIMAN
United States District Judge

Re:   *United States v. Adedayo Ilori*, 20 Cr. 378 (LJL)

Dear Judge Liman:

      The Government writes in connection with the Court's order dated August 11, 2023, in which the Court ordered the parties to address whether the parties believed the Court should by written order or in open court suspend the drug-testing condition that the Court had accidentally imposed orally at sentencing and intentionally excluded from the written judgment. (ECF No. 134). Pursuant to the Court's order on September 1, 2023, (ECF No. 139), on September 6, 2023, Sanford Talkin, Esq. was appointed as CJA counsel in this matter for the defendant Adedayo Ilori. Because newly appointed counsel continues to confer with the defendant regarding the Court's August 11th order, and regarding a possible motion for resentencing, the Government respectfully requests that the Court adjourn the parties' September 19, 2023 deadline to respond to the Court's August 11th order to October 6, 2023. The defense consents to the request.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:   /s/
Cecilia Vogel
Assistant United States Attorney
(212) 637-1084

Cc:   Sanford Talkin, Esq. (via ECF)