**TALKIN, MUCCIGROSSO & ROBERTS, L.L.P.**
ATTORNEYS AT LAW
40 EXCHANGE PLACE
18TH FLOOR
NEW YORK, NEW YORK 10005

(212) 482-0007 PHONE
(212) 482-1303 FAX
WWW.TALKINLAW.COM
EMAIL: INFO@TALKINLAW.COM

MARYLAND OFFICE:
5100 DORSEY HALL DRIVE
SUITE 100
ELLICOTT CITY, MD 21042

410-964-0300

NEW JERSEY OFFICE:
2500 PLAZA 5
HARBORSIDE FINANCIAL CENTER
JERSEY CITY, NJ 07311

201-342-6665

October 6, 2023

Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

REQUEST GRANTED.

10/10/2023 SO ORDERED.

*Lewis J. Liman*
LEWIS J. LIMAN
United States District Judge

VIA ECF

Re:   United States v. Adedayo Ilori
      20 Cr. 378 (LJL)

Dear Judge Liman:

      This letter is respectfully submitted on behalf of defendant Adedayo Ilori ("Ilori") in response to the Court's August 11, 2023 Order (Order"). Ilori agrees that a "further written order" as described in the Order is sufficient to remedy the the mistaken pronouncement at sentencing. However, he wishes to speak to his appellate attorney before fully consenting to the issuance of the further order. I have spoken to Ilori's appellate attorney, Elizabeth M. Johnson, and she informed me that she also agrees that the error can be corrected through the issuance of the written order. However, I have not yet heard directly from Ilori regarding his conversation with Ms. Johnson about this issue.

      For this reason, I respectfully request that the Court allow me to supplement this letter within one week of today to allow for conformation of Ilori's consent to the proposed procedure. I apologize for any inconvenience created by this delay. Thank you for Your Honor's consideration.

Very truly yours,

*Sanford Talkin*
Sanford Talkin

cc:   AUSA Cecilia Vogel (by ECF)
      Elizabeth M. Johnson, Esq. (by email)