**TALKIN, MUCCIGROSSO & ROBERTS, L.L.P.**
ATTORNEYS AT LAW
40 EXCHANGE PLACE
18TH FLOOR
NEW YORK, NEW YORK 10005

(212) 482-0007 PHONE
(212) 482-1303 FAX
WWW.TALKINLAW.COM
EMAIL: INFO@TALKINLAW.COM

MARYLAND OFFICE:
5100 DORSEY HALL DRIVE
SUITE 100
ELLICOTT CITY, MD 21042

410-964-0300

NEW JERSEY OFFICE:
2500 PLAZA 5
HARBORSIDE FINANCIAL CENTER
JERSEY CITY, NJ 07311

201-342-6665

October 13, 2023

Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

REQUEST GRANTED.

10/13/2023   SO ORDERED.

*[signature]*

LEWIS J. LIMAN
United States District Judge

VIA ECF

Re:   United States v. Adedayo Ilori
      20 Cr. 378 (LJL)

Dear Judge Liman:

On October 10, 2023, the Court permitted the defendant Adedayo Ilori ("Ilori") an extra week to confirm the information required to be reported by the Court's October 6, 2023 Order. Unfortunately, I have not received a communication from Mr. Ilori as of the writing of this letter. I believe this situation may be the result of lockdowns at the Metropolitan Detention Center "(MDC) that have curtailed Mr. Irori's access top email. By this letter, I respectfully request a further extension of one week. Early next week, I will go to the MDC to see Mr. Ilori so that the lockdowns cannot inhibit our communication.

Thank you for Your Honor's consideration. I have not obtained the government's position on this application due to the assigned Assistant United States Attorney being on leave and the fact that I am about to travel and unable to identify the Assistant responsible for the case during this leave prior to my departure.

Very truly yours,

*Sanford Talkin*

Sanford Talkin

cc:   AUSA Cecilia Vogel (by ECF)