UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
USA,

         -v-                                              20-CR-378-3 (LJL)

ADEDAYO ILORI,                                  ORDER

                      Defendant.
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

       Pursuant to Federal Rule of Criminal Procedure 32.1 and on consent of the parties, the Court modifies the term of supervised release to exclude the condition of drug testing based on the court's prior determination that Defendant poses a low risk of future substance abuse.

       SO ORDERED.

Dated: October 20, 2023
       New York, New York

                                                        LEWIS J. LIMAN
                                                    United States District Judge